**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN BRAWNER and
RENEA BRAWNER                                                    PLAINTIFFS

v.                              CASE NO. 4:07-CV-00482 GTE

ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY                                       DEFENDANTS


<u>ORDER OF DISMISSAL</u>


        Presently before the Court is Plaintiffs' Motion to Dismiss as to Allstate Insurance

Company and the Motion for Summary Judgment filed by Allstate Insurance Company.

Plaintiffs state that they are voluntarily responding to the Motion for Summary Judgment of

Allstate Insurance Company by moving to dismiss Allstate Insurance Company.  Plaintiffs

further state that based on the production of an insurance policy, the Plaintiffs are convinced that

Allstate Indemnity Company is the proper corporate defendant for the fire loss at issue, and the

Court need not enter summary judgment under the circumstances.  Defendants have indicated to

the Court that they have no objection to the Motion to Dismiss.  Plaintiffs' motion is granted.

Separate Defendant Allstate Insurance Company is dismissed from this action without

prejudice..

        Accordingly,

        IT IS THEREFORE ORDERED that Plaintiffs' Motion to Dismiss (Docket No. 20) be,

and it is hereby, GRANTED.

        IT IS FURTHER ORDERED that Separate Defendant Allstate Insurance Company is

dismissed from this action without prejudice.

IT IS FURTHER ORDERED that Defendant Allstate Insurance Company's

Countermotion for Summary Judgment (Docket No. 12) be, and it is hereby, DENIED as moot.

IT IS SO ORDERED this 26th day of July, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE