**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JON BRAWNER and**
**RENEA BRAWNER**                                                              **PLAINTIFFS**


**v.**                          **CASE NO. 4:07-CV-00482 GTE**


**ALLSTATE INDEMNITY COMPANY**                                        **DEFENDANT**

**SUPPLEMENTAL ORDER**

In the Court's Order denying Plaintiffs' Motion for Summary Judgment (Docket No.

176), the Court found that if a jury concludes that the Brawners intentionally made the alleged

misrepresentations, a reasonable jury could find that such misrepresentations were material.  At

the time the Order was entered, the Court was mistakenly under the impression that Defendants'

Brief in Response to the Court's Order dated July 16, 2008 constituted the entirety of

Defendants' response.  After the Order was sent to the Clerk's office, the Court received

Defendant's Response to Plaintiffs' Motion for Summary Judgment (Docket No. 183).  The

Court believes it appropriate to comment on Defendant's Response.

The Court finds that Defendant's Response only provides further support for the Court's

conclusion that summary judgment is not appropriate.  Defendant Allstate provides the Affidavit

of Sandra Hendrick and AT&T records in further support for its assertion that due to the alleged

misstatements the focus and scope of the investigation broadened.  The Court also finds that

Plaintiffs' assertion that there is no evidence showing that the Brawners possessed the requisite

intent to mislead is without merit.

1

IT IS SO ORDERED this 29th day of July, 2008.

/s/Garnett Thomas Eisele_____

UNITED STATES DISTRICT JUDGE