**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JON BRAWNER and**                                                  **PLAINTIFFS**
**RENEA BRAWNER**

**v.**                           **CASE NO. 4:07-CV-00482 GTE**

**ALLSTATE INDEMNITY COMPANY**                              **DEFENDANT**

## JUDGMENT

Pursuant to the jury's finding, rendered on August 22, 2008, in favor of Defendant Allstate Indemnity Company,

IT IS HEREBY CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs Jon and Renea Brawner take nothing on their Complaint against Defendant Allstate Indemnity Company.

IT IS FURTHER ORDERED that Plaintiffs' Complaint be, and it is hereby, dismissed with prejudice.

Dated this 26th day of August, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE